IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
SEP 12 2022
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

| | |
|---|---|
| United States of America<br>    Plaintiff<br><br>VS.<br><br>Pedro Rojas-Sanchez<br>    Defendant | Case No. EDCR20-00124-JGB-2<br><br>Judge: Bernal<br><br>Defendant's For Departure Motion For "Smith" Departure for Substantial Hardship Pursuant to U.S. VS Smith 27 F.3d 307 U.S. App. D.C. 199 and Unlawful Subject to Different Punishment (18 USCA § 242) |

## Motion for Downward Departure

Now comes Pedro Rojas-Sanchez, Defendant in the above action through self-representation, respectfully moves this court to grant up to six(6) months departure pursuant to U.S. VS Smith 27 F.3d 307 U.S. App. D.C. 199 and 18 UCSA § 242. Defendant is currently incarcerated at the McRae Correctional Facility, a private for profit prison owned and operated by Core Civic. The prison hold about ninety-nine (99) percent convicted deportable aliens. Defendant has been in custody since the date of his arrest 04-01-2020 and has served almost twenty-nine (29) months imprisonment, which equates to approximately twenty-eight (28) percent with good time credit. Defendant is twenty-six (26) years old, a first time offender, his offense involved in count of 21:846,841(B)(1)(A)(VIII) Conspiracy to Distribute and Posses W/Intent to Distribute Controlled Substances and one count of 8:1326(A) Alien Found in the United States Following Deportation, has no prior criminal history, has an ICE hold and will face deportation proceedings

upon release from BOP custody. Additional reasons for Defendant's request for "Smith" departure as a result of substantial hardship and departure for unlawful subject to different punishment are more thoroughly explained in the attached Memorandum in Support, incorporated herein by reference.

Respectfully Submitted,

*Pedro rojas sanchez*
Signature

*Pedro rojas sanchez*
Name

*79412112*
BOP No.

McRae Correctional Facility

P.O. Drawer 55030

McRae Helena, GA. 31055

## Memorandum in Support

### 1. Procedural History

On 04-01-2020, Defendant was named in one count of 21:846, 841(B)(1)(A)(VIII) Conspiracy to Distribute and Posses W/Intent to Distribute Controlled Substances and one count of 8:1326(A) Alien Found in the United States Following Deportation, indictment filed in the Central District of California and was arrested/ordered detained. Defendant pled guilty and was sentenced to one hundred twenty (120) months followed by three (3) years' supervised release.

### 2. Reasoning and Legal Standard for Seeking "Smith" Departure for Substantial Hardship & Departure for Unlawful Subject To Different Punishment

Conditions of living at this facility are bizarre, difficult and very torturous. Since this institution is a business/profit oriented prison most of the policies, amenities and operations do not meet the standards of the BOP. The personnel and officials constantly violate inmate's constitutional rights on the basis of fact that they are deportable aliens. At this facility, staff are very unprofessional, lack health services, have bad provisions and only a few rehabilitation programs etc. Defendant has made several complaints about this to the Counselor as well as the Case/Unit Manager but all to no avail. It has become obvious that this is just the incorporated culture and systematic discrimination of the administration. Defendant was transferred to this facility on 10-04-2021.

For Defendant every twenty-four(24) hours have been as long as forty-eight(48) hours to get through. Due to the pandemic the institution has been on lockdown since April of 2020. As a result the Defendant is locked in an eighty-four (84) man cell(tank) where social distancing is impossible, thus causing the Defendant to suffer through constant anxiety and fear of contracting this deadly Covid-19 virus.

The discrimination against deportable aliens is manifested in the facility. A division of class of inmates charged with violating the U.S. federal law where one group if inmates is provided better care, security, medical and proper rehabilitation programs than those segregated and housed in private prisons with diminished care and provisions has not fully represented the care values of this country against individual discrimination on basis of race, color, sex or nationality.

Defendant's projected release date is 10-07-2028 and according to the Sentencing Computation Monitoring Sheet, Defendant is eligible for Home Detention on 04-07-2028. However, because the Defendant is coined "deportable", he is deemed ineligible for the benefit as stated in 18 USC 3624(1) BOP p.s. § 5100.04 seemingly designation manual Ch. 2-9(June 15, 1992), which directs the Bureau to extend where practicable and ensure that prisoner spends part of the last ten(10) percent of his sentence (no more than six(6) months) under conditions, possibly Home Confinement, that will afford the prisoner a reasonable opportunity to adjust to and prepare for reentry into the community. However, current Bureau of Prisons regulations ban non-U.S. citizens like the Defendant form assignment to a Community

Connections Center except in rare circumstances. In essence, non-U.S. citizens like the Defendant are forced to serve sentences of up to six(6) months longer than U.S. citizens with the exact same length of sentence based solely on immigration status. The law states, "no person shall willfully subject any other person in any state, territory or district to the deprivation of any right, privileges or immunities of the United States or different punishments, pains or penalties on account of that person being an alien". 18 USCA § 242

The Defendant request that this Honorable Court view and categorize his situation as a rare circumstance that should meet the benefit of 3142(c).

In U.S. VS Smith, supra "Smith" argued that his status as a deportable alien would subject him to harsher conditions like those described and currently suffers in private prisons than otherwise identical citizens and similarly situated inmates in federal custody. Sentencing courts are authorized to make downward departures in order to adjust for "aggravating or mitigating circumstances" not adequately taken into account by the Sentencing Commission in the promulgation of its guidelines. The court shall impose a sentence of the kind, and within the range, referred to in subsection (a)(4) unless the court finds that there exists aggravating or mitigating circumstances of a kind or to a degree not taken into account by the Sentencing Commission in formulating the guidelines that should result in a sentence different from that described in determining whether a circumstance was adequately taken into consideration. The court shall consider only

sentencing guidelines, policy statements and official commentary of Sentencing Commission. 18 USC § 3553(b)

### 3. Conclusion

Under the totality of circumstances presented herein and as a result of the under substantial hardship and unlawful subject to different punishment, warrants a finding that demonstrates that aggravating or mitigating circumstances exists in Defendant's case. Therefor Defendant requests this Honorable Court to grant his Motion for Downward Departure of up to six(6) months to commence his immigration proceedings based on the reasons and legal standards laid out in the preceding paragraphs.

Respectfully Submitted,

*Pedro rojas sanchez*
Signature

*Pedro rojas Sanchez*
Name

70412112
BOP No.

McRae Correctional Facility

P.O. Drawer 55030

McRae Helena, GA. 31055

## Declaration Under Penalty of Perjury

I declare under penalty of perjury that I am the Defendant, I have read this motion or had it read to me and that the information in this motion is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution of perjury.

Executed on 09-02-2022
                    Date

Respectfully Submitted,

Pedro rojas sanchez
Signature

Pedro rojas sanchez
Name

79412112
BOP No.

McRae Correctional Facility

P.O. Drawer 55030

McRae Helena, GA. 31055

## Certificate of Service

I Pedro Rojas-Sanchez, the undersigned and Defendant hereby certifies that the foregoing instrument "Motion for Downward Departure" was placed in the prison internal mailing system on this 2nd day of September, 2022 to be sent certified to the Clerk of Court, United States District Court for the Central District of California.

Defendant also requests that the Clerk send copies of the motion to Assistant United States Attorney of Records via electronic notification.

Respectfully Submitted,

*Pedro rojas sanchez*
Signature

Pedro rojas sanchez
Name

79412112
BOP No.

McRae Correctional Facility

P.O. Drawer 55030

McRae Helena, GA. 31055







Pedro Rojas Sanchez
Registration # 79412-112
M<sup>c</sup>Rae Correctional Facility
P.O. Drawer 55030
M<sup>c</sup>Rae Helena, GA

This correspondence originated from McRae Correctional Facility. Said facility is not responsible for the substance or contents

**CONFIDENTIAL**



United States District Court
District Judge
Jesus G. Bernal
312 North Spring St.
Los Angeles, CA 90012



RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 12 2022
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

McRae Correctional Facility
McRae, Georgia 31055

The enclosed letter was processed through mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises questions or problems over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return this enclosure to the above address.

DATE 9-6-20    STAFF